**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| CHERYL BERNAL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL MANPOWER CONNECTIONS, INC., a California corporation, and DOES 1 through 10, inclusive.,<br><br>Defendants | CASE NO.  8:23-cv-00663-CJC-DFM<br><br>**ORDER ON JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(II) OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>Judge: Hon. Cormac J. Carney<br>Trial Date:  Not set |

**ORDER**

Pursuant to the stipulation of the parties under Federal Rules of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

DATED: ___September 27, 2023___

Honorable Cormac J. Carney
United States District Judge